UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                 Case No. 2:06-cr-02-02

TADD KEITH GRAVELLE,                               HON. GORDON J. QUIST

       Defendant.

_____/

## ORDER OF DETENTION

Defendant Gravelle appeared before the undersigned on April 20, 2006, for purposes of an initial appearance and arraignment.  At that time, the court was advised that the defendant was incarcerated with the State of Michigan and appearing on a Writ of Habeas Corpus.  The court advised defendant that a detention hearing would not be held at this time; however, defendant reserved the right to request a hearing at a later date if he became eligible for release from the State of Michigan.  Accordingly, defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance

in connection with a court proceeding.

IT IS SO ORDERED.

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2006